United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

November 22, 2006

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Re: MDL 1742 Ortho Evra Products Liability Litigation

Transfer of Civil Cases                          CAE#   _AWI_
Martin, et al.  v Ortho-McNeil Pharmaceutical    1:06-833
Stark, et al.  v Ortho-McNeil Pharmaceutical     2:06-1450

Dear Sir/Madam:

Enclosed is a certified copy of the Conditional Transfer Order (CTO-23) by the Judicial Panel on Multidistrict Litigation directing the transfer of  the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407.  The Honorable David A. Katz is to preside over this litigation.

**If case has  been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case  has been closed.  We will retrieve documents electronically.   If case is not available on the internet, please provide only a copy of complaint and a certified copy of docket sheet.**

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _Jennifer Smolinski_
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

cc: MDL

A CERTIFIED TRUE COPY

correct copy of the original on file in my office.
Attest: Geri M Smith, Clerk
U.S. District Court
Northern District of Ohio

By: _Jennifer Smulinski_
Deputy Clerk

*DOCKET NO. 1742*

NOV 1 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 2 6 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-23)

CLERK
NORTHERN DISTRICT
CLEVELAND

2006 NOV 27 AM 8: 5

FILED

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**　　　　　**CASE CAPTION**

**ALABAMA NORTHERN**
ALN  2    06-1687　　Elizabeth Ruth Dodd v. Johnson & Johnson, et al.
ALN  2    06-1987　　Regina Burruss v. Johnson & Johnson, et al.

**CALIFORNIA CENTRAL**
CAC  2    06-5054　　Tamara Randolph v. Ortho-McNeil Pharmaceutical, Inc., et al.
CAC  5    06-882　　 Deana Eckert v. Ortho-McNeil Pharmaceutical, Inc., et al.

**CALIFORNIA EASTERN**
CAE  1    06-833　　 Tamara Lynn Martin, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.
CAE  2    06-1450　　Chris Stark, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.

**COLORADO**
CO    1    06-1993　　Myndee Allen v. Johnson & Johnson, et al.
CO    1    06-1994　　Laurie Olson v. Johnson & Johnson, et al.

**GEORGIA NORTHERN**
GAN  1    06-2351　　Latoya Clay v. Johnson & Johnson, et al.

**ILLINOIS CENTRAL**
ILC   2    06-2173　　Shirley James v. Johnson & Johnson, et al.

**KENTUCKY EASTERN**
KYE  2    06-172　　 Elizabeth Budrick, et al. v. Johnson & Johnson, et al.

**MISSISSIPPI NORTHERN**
MSN  1    06-166　　 Regina Townsend v. Ortho-McNeil Pharmaceutical, Inc., et al.

**NEW JERSEY**
NJ    2    06-4114　　Sara Ramsdell v. Johnson & Johnson, et al.
NJ    2    06-4115　　Bridgette Carter v. Johnson & Johnson, et al.
NJ    2    06-4116　　Natalia Iglesias, et al. v. Johnson & Johnson, et al.
NJ    2    06-4117　　Tabatha Robbins Cooper, et al. v. Johnson & Johnson, et al.
NJ    3    06-3839　　Brandi Bennett v. Ortho-McNeil Pharmaceutical, Inc., et al.

**PENNSYLVANIA MIDDLE**
PAM  3    06-1645　　Tanya Wagner v. Johnson & Johnson, et al.

**SOUTH CAROLINA**
SC    2    06-2722　　Peggy J. Funny-Roane v. Johnson & Johnson, et al.

**UTAH**
UT    2    06-796　　 Christina Robinson, et al. v. Johnson & Johnson, et al.